STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. STONEWALL THOMAS, DEFENDANT-APPELLANT.

Argued October 13, 1970—Decided October 26, 1970.

*Mr. Daniel R. Coburn,* Assistant Deputy Public Defender, argued the cause for the appellant (*Mr. Stanley C. Van Ness,* Public Defender, attorney).

*Mr. Wilber H. Mathesius,* First Assistant Prosecutor, argued the cause for the respondent (*Mr. Bruce M. Schragger,* Mercer County Prosecutor, attorney).

PER CURIAM. The judgment is affirmed essentially for the reasons expressed in the majority opinion of Judge Lewis in the Appellate Division.

*For affirmance*—Chief Justice WEINTRAUB and Justices JACOBS, FRANCIS, PROCTOR, HALL, SCHETTINO and HANEMAN—7.

*For reversal*—None.